# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WAIVER OF DETENTION** |
| | ) | **HEARING AND ORDER** |
| v. | ) | |
| | ) | |
| VIRGIL COOPER | ) | Case No. 1:15 CR 438-2 (BYP) |

VIRGIL COOPER, the above-named defendant, who is accused of violating Title 18 United States Code, Sections 922(g)(1) and 924(a)(2), being advised of the nature of the charge and of his/her rights and under advice of counsel, hereby waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18, U.S.C. 3142.  The defendant also knowingly and voluntarily, and with advice of counsel, waives whatever right of appeal he/she has of the Magistrate Judge's Order of Detention as a result of the waiver. Defendant ordered detained in custody of U.S. Marshal.

X _Virgil Cooper_____ 1/27/15
Defendant

_____ 1/27/15
Counsel for Defendant

APPROVED AND ORDERED:

_____
WILLIAM H. BAUGHMAN, JR.
UNITED STATES MAGISTRATE JUDGE